utive days. The Commission's decision is affirmed. Rule 84.16(b).

■

STATE of Missouri, ex rel., DEPARTMENT OF SOCIAL SERVICES, DIVISION OF CHILD SUPPORT ENFORCEMENT, Plaintiff,

v.

Timothy TERRELL, Appellant,

Tammy Burton, Respondent.

No. WD 74379.

Missouri Court of Appeals, Western District.

June 26, 2012.

Keith Johnson, Appellant pro se.

Morgan D. Ditch, for Respondent.

Before Division Two: VICTOR C. HOWARD, Presiding Judge, MARK D. PFEIFFER, Judge and KAREN KING MITCHELL, Judge.

### ORDER

PER CURIAM:

Timothy Terrell appeals the judgment of the trial court denying his motion to modify custody and support. He claims that the trial court abused its discretion by ruling against the weight of the evidence and misapplying section 452.400, RSMo Cum.Supp.2011. Mr. Terrell argues that the evidence supports a finding that visita-

tion with him would not harm H.E.B. and that the trial court did not and could not find that visitation would endanger H.E.B.'s physical health or impair his emotional development. Because a published opinion would have no precedential value, a memorandum has been provided to the parties.